[No. 38030-3-I.     Division One.     June 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON
MICHAEL TURNER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-07088-6, Marsha J. Pechman, J., entered
January 17, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 38739-1-I.     Division One.     June 16, 1997.]

THE STATE OF WASHINGTON , *Respondent*, v. REBA V.
REED, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-06908-4, Richard A. Jones, J., entered
June 3, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38835-5-I.     Division One.     June 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-03712-5, George T. Mattson, J., entered
June 17, 1996. *Dismissed* by unpublished per curiam
opinion.

[No. 35211-3-I.     Division One.     August 4, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORIO
LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-02744-8, Faith Enyeart Ireland, J.,
entered August 29, 1994. *Affirmed in part* and *remanded*
by unpublished per curiam opinion.